**Jose Luis PAZARIN–CASTREJON, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73002.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.[*]

Filed June 6, 2011.

Benjamin Wiesinger, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

* The panel unanimously concludes this case is suitable for decision without oral argument.

OIL, Mark Christopher Walters, Esquire, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

Jose Luis Pazarin–Castrejon, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cazarez–Gutierrez v. Ashcroft,* 382 F.3d 905, 909

*See* Fed. R.App. P. 34(a)(2).

(9th Cir.2004), and we deny the petition for review.

The IJ properly concluded that Pazarin–Castrejon's conviction for violating California Health and Safety Code § 11378 is an aggravated felony under 8 U.S.C. § 1101(a)(43)(B). *See Rendon v. Mukasey,* 520 F.3d 967, 976 (9th Cir.2008) ("[P]ossession of a controlled substance with the intent to sell contains a trafficking element and is an aggravated felony."); *see also United States v. Valle–Montalbo,* 474 F.3d 1197, 1201 (9th Cir.2007) (section 11378 criminalizes only possession of a controlled substance with the intent to sell).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.